(130 So. 171)
### John P. GLOVER v. A. B. HOWELL.
8 Div. 230.

Supreme Court of Alabama.
Oct. 9, 1930.

Brickell & Johnston, of Huntsville, for petitioner.

Douglass Taylor, of Huntsville, opposed.

PER CURIAM.

Petition of John P. Glover for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Glover v. Howell, 130 So. 170.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.